No. 336.—CARROLL, HOY & Co. *v.* ELIZA W. WOOLEY.

A judgment debtor who seeks to annul a judgment homologating a final account of the
administratrix on the ground of fraud must, in order to maintain his action, show the·
fraud.

APPEAL from the Parish Court, parish of Bossier. *L. W. Baker,*
Parish Judge. *Looney & Ashton,* for plaintiffs and appellants. *J.
D. Watkins,* for defendant and appellee.

LUDELING, C. J. This is an action to annul a judgment homolo-
gating a final account made by the defendant as administratrix of the
succession of Samuel Harrison, on the grounds of fraud, error and want
of notice to the creditors.

The plaintiffs have failed to make out their case. In the case of
Wooley *v.* Russ, sheriff et al., which was a suit between the same
parties who now contest in this cause, the same questions were sub-
stantially presented, though in another form of action. In that case
we said: "They charge bad faith in the administratrix, but we do not
see that they have been successful in establishing it. The large sum

of money received by her husband in Shreveport for a lot of cotton, shortly before his death, is not shown to have made a part of his succession, and that it came into the hands of the plaintiff as administratrix." And the failure to account for this sum of money is the principal ground upon which the charge of fraud is based. We see no error in the judgment appealed from.

It is therefore ordered and adjudged that the judgment of the lower court be affirmed, with costs of appeal.